Lesley Barbara Worrell Miss
2551 E Cochise Vista
Tucson AZ 85713
(520) 783-9851



# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lesley Barbara Worrell Miss,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Sonora Behavioral Health administration,<br><br>　　　　　Defendant(s). | CASE NUMBER:　　CV-20-458-TUC-DTF<br><br>**COMPLAINT** |

## Jurisdiction

　　This court has jurisdiction over this matter pursuant to My grounds for hireling is Sonora Behavioral Health is owned out of the state of Arizona and my civil rights have been violated by cruel and unusual "treatment" without consent and with no court order. Sonora Behavioral Health in Tucson Arizona overdosed me, and I was assaulted and in the ICU being continuously drug for 9 days the court order was to evaluate only not to treat §§ The right to make my own medical choices and the right to say no to unwanted treatment. The plaintiff is a resident of Tucson, Pima County, AZ and a citizen of the United States. The defendant, , is a resident of Tucson, AZ and a citizen of the United States. The cause of action arose in the Tucson division.

## Complaint

　　In December of 2019 the crisis response Center got a commitment in the courts to evaluate me only which means I still maintained my rights not to be drugged or treated however this was not the case I was immediately drugged injected and kept that way for 9 days and then released buy Sonora Behavioral Health not knowing where I had been or what had happened? And still being drugged upon being discharged, I was unable to question anyting because the drugs took away my memories. I was discharged 9 days after being in Sonora Behavioral Health not knowing where I had been or what had happened, including the fact that they had sent me to the ICU 5 days and did not disclose this to me. I found out after being discharged and having flashbacks. I have been violated horribly by this incident and. This memory that will last a lifetime for me, including nightmares of being abducted in the way I was. I have had human rights, The church of

Christian Scientology investigate my medical records and this incident has also been reported to the Tucson Health Department by the Human Rights church of Christian Scientology

## Demand

The most possible **Damages: $100.000.000** Because I believe in human rights and due process and this was not done in my case I feel emotionally raped violated and I will have to live with the nightmares of this for the rest of my life The Plaintiff wants a trial by jury.

Date: *LesleyBWorrell*
10-26-2020

*Lesley B Worrell*
Signature of Pro Se Plaintiff
Lesley Barbara Worrell Miss
2551 E Cochise Vista
Tucson, AZ 85713
(520) 783-9851